# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201600359

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## ROBERT C. MEFFORD
Corporal (E-4), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Forrest W. Hoover, USMC.
Convening Authority: Commanding Officer, 3d Battalion, 6th
Marines, 2d Marine Division, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Major Winston G.
McMillan, USMC.
For Appellant: Commander Robert D. Evans, Jr., JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 31 January 2017

———————————————

Before CAMPBELL, RUGH, and HUTCHISON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that the appellant pleaded Guilty to Charge III and its two specifications which were subsequently dismissed without prejudice.


For the Court



R.H. TROIDL
Clerk of Court